**Order entered October 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00213-CV

### MICHAEL DWAIN WILLIAMS, Appellant

### V.

### LUPE VALDEZ, SHERIFF, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-09709

## ORDER

Before the Court is appellant's motion for correction of reporter's record. Appellant asserts the reporter's record contains several mistakes and asks the matter be referred to the trial court.

We **GRANT** the motion and **ORDER** the trial court to conduct a hearing, no later than November 19, 2018, to determine if the reporter's record contains any inaccuracies as alleged in appellant's motion. *See* Tex. R. App. P. 34.6(e)(3). If inaccuracies are found, the court reporter shall conform the reporter's record to what occurred in the trial court and file certified corrections in this Court. *See id.*

The trial court shall file, no later than November 26, 2018, written findings and shall have a supplemental clerk's record containing the findings and any relevant orders filed with the

Court. The record of the hearing shall also be filed in a supplemental reporter's record. Both supplemental records shall be filed no later than November 28, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order and appellant's motion to (1) the Honorable Jim Jordan, Presiding Judge of the 160th Judicial District Court; and (2) Sharron Rankin, Official Court Reporter for the 160th Judicial District Court. A copy of this order shall also be sent to the parties.

We **ABATE** the appeal, including the deadline for filing appellant's brief on the merits, to allow the trial court an opportunity to conduct the requested hearing. The appeal will remain abated until further order of this Court.

/s/    DAVID EVANS
       JUSTICE